United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Poonam Bakshi, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-21839-Civ-Scola |
| | ) | |
| Carnival Corporation, Defendant. | ) | |

### Order Adopting Magistrate Judge's Report And Recommendation

The Plaintiff's motion to strike the Defendant's affirmative defenses (ECF No. 17) was referred to United States Magistrate Judge Jonathan Goodman on July 6, 2023. (ECF No. 18). On August 23, 2023, Judge Goodman issued a report, recommending that the Court grant in small part and deny in large part the Plaintiff's motion. (Report of Magistrate, ECF No. 21.) Neither the Plaintiff nor the Defendant has filed objections to the report, and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendation (ECF No. 21). The Court **grants in part** and **denies in part** the Plaintiff's motion to strike the Defendant's affirmative defenses (ECF No. 17). The portion of affirmative defense N that states "or in part" is stricken; the remaining affirmative defenses are left intact.

**Done and ordered** in Miami, Florida on September 28, 2023.

_____
Robert N. Scola, Jr.
United States District Judge